UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CHARLES B. DAY<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>6500 CHERRYWOOD LANE<br>GREENBELT, MARYLAND 20770<br>(301) 344-0393<br>FAX (301) 344-0394 |

## MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Charles B. Day
        United States Magistrate Judge

RE:     <u>Lena Thomas-King  v. Summers, Inc., et al.</u>
        Civil Action No. CBD-10-399

DATE:   October 13, 2011

* * * * * * * * *

Please be advised that a brief telephone conference has been scheduled for **Wednesday, October 26, 2011 at 3:30 p.m.** in the above-captioned matter for the purpose of scheduling the pretrial conference and setting a date for trial.

Counsel are asked to dial into the telephone conference using the following phone number, access code, and participant security code:

| | |
|---|---|
| Phone number: | (888) 684-8852 |
| Access code: | 5923783 |
| Participant Security code: | 1380 |

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.